UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID GREGORY FLORES, | ) | No. 2:20-cv-09752-JWH (JDE) |
| Plaintiff, | ) ) ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) ) ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Joint Stipulation of the parties, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. No party filed timely objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered affirming the decision of the Commissioner of Social Security and dismissing this matter with prejudice.

**IT IS SO ORDERED.**

Dated: June 13, 2022

JOHN W. HOLCOMB
United States District Judge